[pic]

 COURT OF APPEALS
 TENTH DISTRICT OF TEXAS

 August 20, 2015

 No. 10-15-00280-CV

 In re Nancy Rose Beddingfield, Appellant

 From the 369th District Court
 Leon County, Texas
 Trial Court No. 0-15-45

 JUDGMENT

 The Petition for Writ of Mandamus filed by Nancy Rose Beddingfield has
been considered by the Court. The Court has determined the Petition for
Writ of Mandamus should be and hereby is denied.
 It is further ordered that the Real Parties in Interest are awarded
judgment against Nancy Rose Beddingfield for the Real Parties in Interest’s
costs that were paid, if any, by the Real Parties in Interest; and all
unpaid appellate court cost, if any, is taxed against Nancy Rose
Beddingfield.
 A copy of this judgment will be certified by the Clerk of this Court
and delivered to the trial court.

 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: ___________________________
 Nell Hegefeld, Deputy Clerk